**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SAUL LARA-PEREZ,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>ROBERT GATES, Secretary of Defense,<br><br>　　　　　　　Respondent. | C09-841-RSM<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return Memorandum and Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. No. 11) is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 4th day of December, 2009.

　　　　　　　　　　　　　　　　　　／s／ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1